

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00389-CR

**EX PARTE** Kenneth Richard **RIKER** II

From the County Court at Law, Medina County, Texas
Trial Court No. 25621A
Honorable Mark Cashion, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice

Delivered and Filed: January 2, 2020

DISMISSED

Appellant filed a motion to dismiss this appeal. The motion is signed by Appellant and his attorney. *See* TEX. R. APP. P. 42.2(a). Appellant's motion is granted; this appeal is dismissed. *See id.*; *Hypolite v. State*, 647 S.W.2d 294, 295 (Tex. Crim. App. 1983); *Conners v. State*, 966 S.W.2d 108, 110 (Tex. App.—Houston [1st Dist.] 1998, pet. ref'd).

PER CURIAM

Do Not Publish